■

MARIE T. BATA, Respondent, v. BATA a.s., Appellant, and SVIT NATIONAL CORPORATION, Intervener, Appellant.— Motion to set appeals down for argument granted. The appeals are to be noticed for the January, 1954, term of this court and are to be argued or submitted when reached. Present — Dore, J. P., Callahan, Breitel and Bastow, JJ. [See *ante,* p. 939.]

■

MARIE T. BATA, Respondent, v. BATA a.s., Appellant, and SVIT NATIONAL CORPORATION, Intervener, Appellant.— Motion denied without prejudice to a renewal of the motion to dismiss the appeal of Bata a.s. from the judgment at the time of the argument or submission of the appeal. Present — Dore, J. P., Callahan, Breitel and Bastow, JJ. [See *ante,* p. 939.]

SECOND DEPARTMENT, NOVEMBER, 1953.

(November 2, 1953.)

■

CHARLOTTE DARROW, as Administratrix of the Estate of HUDSON DARROW, Deceased, Plaintiff, v. UNION FREE SCHOOL DISTRICT No. 24, TOWN OF BROOKHAVEN, Respondent, and LESLIE R. MARCHANT, Appellant. UNION FREE SCHOOL DISTRICT No. 24, TOWN OF BROOKHAVEN, Defendant and Third-Party Plaintiff-Respondent, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Third-Party Defendant-Appellant.— In an action to recover damages for the wrongful death of plaintiff's intestate the defendant Marchant and the impleaded third-party defendant Indemnity Insurance Company of North America appeal, by separate notices of appeal (1) from an order denying a motion made by Marchant, in which Indemnity Insurance Company of North America joined, for an order pursuant to subdivision 4 of section 193-a of the Civil Practice Act, dismissing the third-party complaint or directing that the third-party action be severed for separate trial; and (2) from an order granting the cross motion of the defendant Union Free School District No. 24 for leave to serve an amended answer. Orders affirmed, with one bill of $10 costs and disbursements. No opinion. Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ., concur.

■

INCORPORATED VILLAGE OF UPPER BROOKVILLE, Appellant, v. FRANK FARACO et al., Respondents, et al., Defendants.— In an action to restrain alleged violation of plaintiff's Building Zone Ordinance, defenses attacking the constitutionality of the ordinance were interposed, which the court and the plaintiff have considered as counterclaims. The court dismissed the complaint on the merits and directed judgment in favor of defendants on the counterclaims declaring unconstitutional, in part, a provision of the ordinance. Plaintiff appeals from the judgment entered on the court's decision. Judgment reversed on the law and the facts, with costs, and action remitted to Special Term for further proceedings not inconsistent with the views herein set forth. Findings of fact inconsistent herewith are reversed and new findings are made as indicated herein. In the year 1933, a zoning ordinance for plaintiff village was